UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
United States of America,

                            Plaintiff,

    -against-

                                          Case No. 7:17-mj-3166(MRG)

Nancy J. Kibe

                            Defendant.

----------------------------------------x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                                    SO ORDERED.

                                                                      Hon. Martin R. Goldberg
                                                                      United States Magistrate Judge

Dated: 5/23/2018 *Nunc Pro Tunc*
      Poughkeepsie, New York